FILED

04/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0549

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA-0549

|  |  |  |
|---|---|---|
| PETER B. HUTTON, | ) | |
|     Plaintiff and Appellant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| ESTATE OF JERALD L. NYHART, | ) | ORDER TO ALLOW |
| by and through the Personal Representative, | ) | EXTENSION OF TIME |
| SANDY NYHART; POINT OF ROCKS | ) | TO FILE APPELLANT'S |
| ANGUS RANCH, INC.; SHERRY N. | ) | REPLY BRIEF |
| SMITH, an individual | ) | |
|     Defendants and Appellees | ) | |
| | ) | |
| | ) | |

WHEREAS, Appellant Peter B. Hutton has filed a Motion for Extension of Time to file his Reply Brief; and to consolidate the two replies in one filing;

WHEREAS, Appellees' Counsel have been contacted and have no Objection;

NOW THEREFORE, upon good cause, the time for filing Appellant's Opening Brief is extended 10 days up to May 23, 2022 and Appellant may consolidate his Reply Briefs in one filing.

1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 28 2022